UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CALVIN GRAYER** | **CIVIL ACTION NO. 08-2033-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN STEVE RISNER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's due process claims, classification claims, and retaliation claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). Plaintiff's only remaining claims are a discrimination claim and a conditions of confinement claim.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of December 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE